[No. 34382-3-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY TREBIS EZELL, *Defendant*, SAHARA ANTHONY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07778-1, Ricardo S. Martinez, J., entered March 28, 1994. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse, J., and Pekelis, J. Pro Tem.

[No. 32496-9-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES HARDING, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-07944-1, Norma Smith Huggins, J., entered March 26, 1993. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse, J., and Pekelis, J. Pro Tem.

[No. 31193-0-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES EDWARD GRAVES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-00393-3, Ricardo S. Martinez, J., entered July 17, 1992. *Affirmed* by unpublished opinion per Baker, C.J., concurred in by Grosse, J., and Pekelis, J. Pro Tem.

[No. 32998-7-I.    Division One.    May 1, 1995.]

THE STATE OF WASHINGTON, *Appellant*, v. SARUN CHHOM, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 93-8-02420-9, Anthony P. Wartnik, J., entered September 1, 1993. *Reversed* and *remanded* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Agid, J.